IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LORI J. TAGUMA,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

v.  Case No. 13-cv-800-bbc

LAWRENCE C. KAGIGEBI,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant denying plaintiff Lori J. Taguma leave to proceed and dismissing this case for plaintiff's failure to state a claim.

| /s/ | 3/10/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |